No. 515, Misc. SELL v. PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 516, Misc. ROBERTSON v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 160. MILLER BROTHERS Co. v. MARYLAND, ante, p. 340; and

No. 492, Misc. BEECHER v. LEAVENWORTH STATE BANK ET AL., ante, p. 949. The petitions for rehearing are denied.

MAY 17, 1954.*

No. 625. JOHNS v. BALTIMORE & OHIO RAILROAD CO. ET AL. *Per Curiam:* The judgment of the three-judge court is affirmed. *Edward J. Fruchtman* and *Richard F. Watt* for appellant. *Edwin H. Burgess* and *Sydney R. Prince, Jr.* for the Baltimore & Ohio Railroad Co.; *Burke Williamson, Harold C. Heiss* and *Russell B. Day* for the Brotherhood of Locomotive Firemen & Enginemen; and *Clifford D. O'Brien* and *Ruth Weyand* for the Brotherhood of Locomotive Engineers, appellees.

No. ——. BUTLER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO. The petition for a temporary restraining order, referred to the Court by MR. JUSTICE DOUGLAS, is denied.

---

*MR. JUSTICE JACKSON took no part in the consideration or decision of the cases in which orders are this day announced.